ALLAN POSTIL, an Infant, by RITA POSTIL, His Guardian ad Litem, Appellant, et al., Plaintiff, v. COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Respondent, et al., Defendant.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.